UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Douglas Clemons,

    Petitioner

v.

Terry Royal, et al.,

    Respondents

Case No. 2:24-cv-02018-CDS-EJY

**Ordering Petitioner to Pay Filing Fee or File IFP Application**

Douglas Clemons has submitted a pro se 28 U.S.C. § 2254 petition for writ of habeas corpus along with a completed financial certificate and inmate account statements. ECF Nos. 1, 1-2. He has not, however, filed an application to proceed *in forma pauperis* (IFP) in this Court. The current information about petitioner's financial status, including any additional information he may have provided, indicates that that he is able to pay the full fee pursuant to 28 U.S.C. § 1915. Accordingly, the Court gives petitioner thirty days to either pay the $5.00 filing fee or file an application to proceed *in forma pauperis*. If Clemons files an IFP application, he does not need to re-file the financial certificate or inmate account statements.

It is therefore ordered that Clemons has until no later than **January 3, 2025** in which to have the $5.00 filing fee sent to the Clerk of Court or file an application to proceed *in forma pauperis*. Failure to act by January 3, 2025 may result in the dismissal of this action without prejudice and without further prior notice.

The Clerk is directed to detach ECF No. 1 at pages 2–7 and attach those pages as an exhibit to ECF No. 1 labeled "Petition." ECF No. 1 will then consist of page 1 only—which is the Clerk's docket note that no filing fee or application to proceed IFP has been received yet in this case.

Dated: December 4, 2024

_____
Cristina D. Silva
United States District Judge