UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Douglas Clemons,<br><br>             Petitioner<br><br>v.<br><br>Terry Royal, et al.,<br><br>             Respondents | Case No. 2:24-cv-02018-CDS-EJY<br><br>**Order Dismissing Petition without Prejudice and with Leave to Amend** |

Petitioner Douglas Clemons has attempted to initiate a § 2254 habeas petition for writ of habeas corpus challenging his conviction pursuant to a guilty plea in Eighth Judicial District Court (Clark County, Nevada) of lewdness with a child. I have reviewed the petition pursuant to Habeas Rule 4, and I dismiss it with leave to amend.

The purported petition is on the Court's required form, and Clemons states, without any elaboration, that the state-court proceedings violated his First, Fifth, Sixth, and Fourteenth Amendment rights. ECF No. 1-3. He sets forth no factual allegations whatsoever as to how these rights were violated. His petition merely states that he is entitled to equitable tolling because his state postconviction habeas corpus counsel was ineffective. *See id*. at 3. Because Clemons does not set forth any claims or grounds for federal habeas relief, I dismiss his petition without prejudice and with leave to file an amended habeas corpus petition on the Court's § 2254 habeas form. Clemons must clearly set forth each federal habeas ground and briefly set forth the factual basis for each ground.

### Conclusion

It is therefore ordered that the Clerk of Court detach and electronically file the petition [ECF No. 1-3].

It is further ordered that the petition is **DISMISSED with leave to file an amended habeas corpus petition** in conformance with this order by February 18, 2025.

It is further ordered that the Clerk send to petitioner one copy of this Court's form § 2254 habeas petition, one copy of the information and instructions for filing a § 2254 habeas petition, and one copy of the papers petitioner has filed in this action.

Petitioner is expressly advised that failure to file an amended petition in conformance with this order will result in the dismissal of this action without prejudice and without further prior notice.

Dated: January 16, 2025

_____
Cristina D. Silva
United States District Judge

2