# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Douglas Clemons,<br><br>    Petitioner<br><br>v.<br><br>Terry Royal, et al.,<br><br>    Respondents | Case No.: 2:24-cv-02018-CDS-EJY<br><br>**Order Granting Extension of Time to File Response to Petition to August 8, 2025**<br><br>[ECF No. 11] |

Respondents ask the Court for an extension of time to file a response to Douglas Clemons' 28 U.S.C. § 2254 habeas corpus petition. ECF No. 11. Good cause appearing,

IT IS ORDERED that respondents' motion for extension of time to file a response to the petition **[ECF No. 11] is GRANTED** nunc pro tunc. **The deadline is extended to August 8, 2025.**

Dated: July 9, 2025

_____
Cristina D. Silva
United States District Judge