# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Douglas Clemons,<br><br>          Petitioner<br><br>v.<br><br>Terry Royal, et al.,<br><br>          Respondents | Case No.: 2:24-cv-02018-CDS-EJY<br><br>**Order Granting Extension of Time to File Reply in Support of Motion to Dismiss to October 14, 2025**<br><br>[ECF No. 20] |

Respondents ask the Court for an extension of time to file a reply in support of their motion to dismiss Douglas Clemons' 28 U.S.C. § 2254 habeas corpus petition. ECF No. 20. Good cause appearing,

IT IS ORDERED that the respondents' motion for extension of time to file a reply in support of the motion to dismiss **[ECF No. 20] is GRANTED** nunc pro tunc. **The deadline is extended to October 14, 2025.**

Dated: September 23, 2025

_____
Cristina D. Silva
United States District Judge