UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Douglas Clemons, | Case No.: 2:24-cv-02018-CDS-EJY |
|             Petitioner | Order Granting in Part Motion to Seal and Granting Extension of Time to File Reply in Support of Motion to Dismiss to October 28, 2025 |
| v. | |
| Terry Royal, et al., | |
|             Respondents | [ECF Nos. 15, 23] |

Respondents ask the Court for an extension of time to file a reply in support of their motion to dismiss Douglas Clemons' 28 U.S.C. § 2254 habeas corpus petition. ECF No. 23. Good cause appearing, I grant the motion.

Respondents have also filed a motion for leave to file an exhibit in camera and under seal. ECF No. 15. While there is a presumption favoring public access to judicial filings and documents, *see Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 (1978), a party seeking to seal a judicial record may overcome the presumption by demonstrating "compelling reasons" that outweigh the public policies favoring disclosure, *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006) (citations omitted). In general, "compelling reasons" exist where the records may be used for improper purposes. *Id.* at 1179 (citing *Nixon*, 435 U.S. at 598). Here, the respondents ask to file Clemons' presentence investigation report ("PSI") in camera and under seal because it is confidential under state law as well as under Nevada Department of Corrections regulations. ECF No. 15. The Court has reviewed the PSI and concludes that the respondents have demonstrated compelling reasons to file the PSI under seal. However, the PSI does not appear to include information that is so sensitive that it would pose a security threat if the petitioner submitted the proper documentation to his caseworker and viewed the PSI. Accordingly, the motion is granted in part, and the PSI will remain under seal.

IT IS THEREFORE ORDERED that respondents' motion for extension of time to file a reply in support of the motion to dismiss **[ECF No. 23] is GRANTED**, nunc pro tunc. **The deadline is extended to October 28, 2025.**

IT IS FURTHER ORDERED that respondents' motion for leave to file its exhibit in camera and under seal is **[ECF No. 15] is GRANTED in part and DENIED in part**. The Clerk of Court is kindly instructed to maintain the seal on the exhibit at ECF No. 16.

Dated: October 15, 2025

_____
Cristina D. Silva
United States District Judge

2