1

2 UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

3

4 Douglas Clemons,                                    Case No. 2:24-cv-02018-CDS-EJY

5                    Petitioner            **Order Granting Leave of Court for Petitioner
to File Further Surreply in Opposition to**

6 v.                                                **Motion to Dismiss**

7 Debora Borgas, et al.,                                [ECF Nos. 30, 32]

8                    Respondents

9

10          In this habeas corpus action, brought pro se under 28 U.S.C. § 2254 by Douglas Clemons,

11 an individual incarcerated at Nevada's Ely State Prison, the respondents filed a motion to dismiss

12 on August 6, 2025. ECF No. 18. Clemons filed an opposition to the motion to dismiss on

13 September 23. ECF No. 21. Respondents filed a reply in support of the motion to dismiss on

14 October 28. ECF No. 25. On November 4, Clemons filed a document entitled "Motion for

15 Enlargement of Time," which I treated as a motion for leave to file a surreply in opposition to the

16 motion to dismiss and granted. ECF Nos. 26, 28. I gave Clemons until December 12 to file his

17 surreply, and I ordered that the respondents had 20 days to respond. ECF No. 28. The order stated

18 that I would not look favorably upon any motion to extend that schedule. *Id.*

19          On November 19, Clemons filed a document entitled "Opposition Motion to Response to

20 Motion Reply in Support of Motion to Dismiss." ECF No. 29. I will treat that as a surreply in

21 opposition to the motion to dismiss, as the respondents apparently have. On November 19,

22 Clemons also filed a document entitled "Motion for Exemption to Time Bar." ECF No. 30. The

23 Court will deny that motion but will treat it, as well, as a surreply in opposition to the motion to

24 dismiss. On December 4, the respondents filed a response to Clemons's first surreply. ECF No. 31.

25

26

On December 9, Clemons filed a motion for extension of time, appearing to request until January 3, 2026, to add still further argument to his surreply. ECF No. 32. Respondents filed an opposition to this motion for extension of time on December 11, 2025. ECF No. 33. Remaining cognizant that Clemons proceeds pro se, and with good cause appearing, I will grant Clemons time to add to his surreply—albeit not as much time as Clemons requests—and will grant Respondents an opportunity to respond to anything in any of Clemons's surreplies.

*There will be no further briefing of the motion to dismiss beyond the further filings authorized by this order. Any motion for leave to file further briefing or to extend the time for the briefing authorized by this order will be denied. Any briefing filed after the deadlines set in this order will be stricken from the record.*

I therefore order that the petitioner's "Motion for Exemption to Time Bar" **[ECF No. 30] is DENIED**. I will treat that motion as a surreply in opposition to the motion to dismiss.

I further order that the petitioner's "Motion for Enlargement of Time" **[ECF No. 32] is GRANTED in part and DENIED in part.** Petitioner is granted leave to file a further surreply in opposition to the motion to dismiss and will have until and including **December 24, 2025**, to do so. Respondents will thereafter have 20 days to file a response to anything in any of the petitioner's surreplies.

Dated:  December 15, 2025

_____
Cristina D. Silva
United States District Judge